**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
BOBBIE DEANNA RUFF,

                Plaintiff,

  -against-                                25 **CIVIL** 1676 (KMW)

                                            **JUDGMENT**

UNITED STATES OF AMERICA; STEVEN
STEBBINS,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 8, 2025, the Court has dismissed this complaint as frivolous. See 28 U.S.C. § 1915(e)(2)(B)(i). The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

**Dated:** New York, New York

      October 9, 2025

                                             **TAMMI M. HELLWIG**
                                               **Clerk of Court**

                      **BY:**         K. Mango

                                                 **Deputy Clerk**